CR418-260

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 NOV -8 PM 3: 13

CLERK ___TRB___
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR |
| | ) | |
| v. | ) | VIO: 21 U.S.C. §846 |
| | ) | 21 U.S.C. §841(a)(1) |
| | ) | 18 U.S.C. §922(g) |
| DAVID MCCLOSKEY, et al | ) | 18 U.S.C. § 922(k) |
| | ) | 18 U.S.C. §924(c) |
| | ) | 18 U.S.C. §472 |
| | | 26 U.S.C. §5861 |

**O R D E R**

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings.

So ORDERED this ___8th___ day of November, 2018.

HON. JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2