IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BABY D. GARRISON,<br><br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CIVIL ACTION NO.: 4:20-cv-36<br><br><br><br>(Case No.: 4:18-cr-260) |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 8.) Movant Baby Garrison ("Garrison") did not file Objections to the Report and Recommendation.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Respondent's Motion to Dismiss, and **DENIES** Garrison's 28 U.S.C. § 2255 Motion and Motion for Judgment on the Pleadings. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment and **DENIES** Garrison *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 25th day of March, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In fact, the Court's mailing was returned as undeliverable, with the notations: "Return to Sender, No longer at this address," and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." (Doc. 9, p. 1.) Garrison's failure to notify the Court of any change in address provides another reason for dismissal. See Local R. 11.