Case 4:18-cr-00260-RSB-BWC   Document 1525   Filed 01/19/24   Page 1 of 1

AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America <br> v. <br> Baby Dwayne Garrison <br><br> Date of Original Judgment: August 29, 2019 <br> Date of Previous Amended Judgment: N/A <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Case No: 4:18CR00260-15 <br> ) <br> ) USM No: 22813-021 <br> ) <br> ) Robert Marion Mock, Jr. <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __145__ months **is reduced to** __129 months__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __August 29, 2019__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   January 19, 2024

Effective Date:   February 1, 2024
*(if different from order date)*

R. Stan Baker
United States District Judge
Southern District of Georgia